# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-1563

_____

Adonis Johnson, Sr.,                              *
                                                  *
            Appellant,                            *
                                                  *    Appeal from the United States
      v.                                          *    District Court for the
                                                  *    Eastern District of Missouri.
Unilever HPC USA,                                 *
                                                  *        [UNPUBLISHED]
            Appellee.                             *

_____

Submitted: January 6, 2005
Filed: January 24, 2005

_____

Before BYE, MELLOY, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

        Adonis Johnson, Sr., appeals the adverse grant of summary judgment in his employment-discrimination action. The district court[1] concluded Johnson's complaint was barred by res judicata. Upon careful review of the record, we agree, for the reasons explained by the district court. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

        [1]The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.